**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 239 EAL 2017 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| FRANK ADAMS, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of November, 2017, the Petition for Allowance of

Appeal is **GRANTED**.  The issue, as phrased by Petitioner, is:

     Was it not error for the Superior Court automatically to dismiss petitioner's appeal without a merits review when this Court's consistent jurisprudence allows exceptions to a forfeiture determination and petitioner's circumstances track those exceptions?